**Hranush KYOLYAN; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70276.

United States Court of Appeals, Ninth Circuit.

Argued Oct. 12, 2012.

Submitted Dec. 5, 2012.

Filed Dec. 5, 2012.

Marina Kab, Esquire, Law Offices of Marina Kab, Encino, CA, for Petitioners.

Douglas E. Ginsburg, Esquire, DOJ— U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW and NGUYEN, Circuit Judges, and SIMON, District Judge.*

ORDER **

Respondent's unopposed motion to remand is granted. Petitioners' removal is stayed pending the Board of Immigration Appeals' decision in this matter.

The parties shall bear their own attorney's fees, costs, and expenses.

**REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.